```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 38833
   ANTHONY M WOWCZUK
   PATRICIA A WOWCZUK                        CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2401    SSN XXX-XX-6156


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/19/2004 and was confirmed 01/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  56.09% from remaining funds.

     The case was paid in full 10/05/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
*AMERICAN GENERAL FINANC  SECURED             2500.00        239.26        2500.00
*AMERICAN GENERAL FINANC  UNSECURED OTH        703.16           .00         394.28
LITTON LOAN SERVICING     CURRENT MORTG      43939.05           .00       43939.05
LITTON LOAN SERVICING     MORTGAGE ARRE      10387.45           .00       10387.45
US BANK NATIONAL ASSOC    SECURED NOT I    NOT FILED           .00            .00
ADVOCATE HEALTH CARE      UNSECURED        NOT FILED           .00            .00
AMERICAN EXPRESS          UNSECURED        NOT FILED           .00            .00
AMERICAN EXPRESS          NOTICE ONLY      NOT FILED           .00            .00
CAPITAL ONE               UNSECURED        NOT FILED           .00            .00
CAPITAL ONE               UNSECURED        NOT FILED           .00            .00
CAPITAL ONE               UNSECURED        NOT FILED           .00            .00
RESURGENT ACQUISITION LL  UNSECURED          5743.70           .00         3220.58
HARVEY ANESTHESIOLOGISTS  UNSECURED        NOT FILED           .00            .00
HOME DEPOT                UNSECURED        NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED           .00            .00
JP MORGAN CHASE           UNSECURED        NOT FILED           .00            .00
JP MORGAN CHASE           NOTICE ONLY      NOT FILED           .00            .00
LOYOLA UNIVERSITY MEDICA  UNSECURED        NOT FILED           .00            .00
RADIOLOGY IMAGING CONSUL  UNSECURED        NOT FILED           .00            .00
RESURGENT ACQUISITION LL  UNSECURED          1575.12           .00          883.20
STEWART ENTERPRISES       UNSECURED        NOT FILED           .00            .00
COOK COUNTY TREASURER     SECURED             1899.00           .00         1899.00
ECAST SETTLEMENT CORP     UNSECURED          5686.72           .00         3188.63
MELVIN J KAPLAN           DEBTOR ATTY         894.00                        894.00
TOM VAUGHN                TRUSTEE                                         4,022.55
DEBTOR REFUND             REFUND                                          2,507.74

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 38833 ANTHONY M WOWCZUK & PATRICIA A WOWCZUK
```

```
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   74,075.74

PRIORITY                                             .00
SECURED                                        58,725.50
    INTEREST                                      239.26
UNSECURED                                       7,686.69
ADMINISTRATIVE                                    894.00
TRUSTEE COMPENSATION                            4,022.55
DEBTOR REFUND                                   2,507.74
                         ---------------    ---------------
TOTALS                    74,075.74            74,075.74
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 01/28/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                          PAGE   2
     CASE NO. 04 B 38833 ANTHONY M WOWCZUK & PATRICIA A WOWCZUK